UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>  Defendant. | Case No.:  21cv998-L (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

The Court held an Early Neutral Evaluation Conference on September 15, 2021. The parties settled the case, and the terms of the settlement were placed on the record. Considering the settlement, the Court **VACATES** all pending dates before Magistrate Judge Berg.  Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

Plaintiff is **ORDERED** to file his motion for attorney's fees (through September 2, 2021, per the settlement agreement), no later than **September 29, 2021**.

The parties are **ORDERED** to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **thirty days** after the District Judge's order on Plaintiff's fee motion.  A proposed order granting the joint

motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by January 14, 2022**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **January 20, 2022** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their Joint Motion to Dismiss on or before **January 14, 2022**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  September 15, 2021

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.